

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

HANE L. KIM
TELEPHONE: (212) 336-1088
EMAIL: KimHa@sec.gov

October 24, 2019

Via ECF

Honorable Roslynn R. Mauskopf
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:** *SEC v. Lawler, et al.*, No. 19 Civ. 4025 (RRM) (PK)

Dear Judge Mauskopf:

      Plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this letter, pursuant to Local Civil Rule 1.4, requesting the withdrawal of Jennifer K. Vakiener as attorney of record because she is no longer associated with the Commission. The Commission continues to be represented through its other attorneys who have appeared in this matter. Counsel for Defendants William Scott Lawler and Natalie Bannister have no objection to Ms. Vakiener's withdrawal.

      Accordingly, the Commission respectfully requests that the Court grant the application to withdraw Ms. Vakiener.

                                Respectfully submitted,

                                /s/     Hane L. Kim
                                Hane L. Kim

cc:    Joseph L. Francoeur (counsel for William Scott Lawler) (via ECF)
       Richard Nummi (counsel for Natalie Bannister) (via email)