

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

April 22, 2021

**BY ECF**

Honorable Peggy Kuo
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:    **SEC v. William Scott Lawler and Natalie Bannister**
               **19-cv-4025 (RRM)(PK)**

Dear Judge Kuo:

      Plaintiff Securities and Exchange Commission (the "Commission") and Defendant William Lawler respectfully submit this letter to notify the Court that the Commission and Mr. Lawler have reached a proposed settlement in principle, subject to approval by the Commission, that would fully resolve the Commission's case against Mr. Lawler.

      Accordingly, the parties respectfully request that all pending discovery deadlines in the case be stayed while the proposed settlement is submitted to the Commission for its consideration. The undersigned will promptly notify the Court when the Commission decides whether to accept the proposed settlement.

                                           Respectfully submitted,

                                           /s/ Kevin P. McGrath
                                         Senior Trial Counsel
                                         Securities and Exchange Commission

cc:    Joseph L. Francoeur (counsel for William Scott Lawler) (via ECF)
          Richard Nummi (counsel for Natalie Bannister) (via email)