

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 22, 2021

**BY ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

   **Re:**  **SEC v. William Scott Lawler and Natalie Bannister,
     19-cv-4025 (RRM) (TM)**

Dear Judge Merkl:

  Pursuant to Magistrate Judge Kuo's Order dated April 22, 2021, Plaintiff Securities and Exchange Commission (the "Commission") respectfully notifies the Court that the Commission has submitted to Judge Mauskopf proposed consent judgments with Defendants William Lawler and Natalie Bannister (Doc. Nos. 29 and 30). If approved by Judge Mauskopf, the consent judgments would fully resolve the Commission's claims against each Defendant.

            Respectfully submitted,

            <u>/s/ Kevin P. McGrath</u>
            Senior Trial Counsel
            Securities and Exchange Commission

cc:  Joseph L. Francoeur (counsel for William Scott Lawler) (via ECF)
   Richard Nummi (counsel for Natalie Bannister) (via email)